1 STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
2 DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
3 Sacramento, California 95826
Telephone: (916)362-9000
4 Fax: (916)362-9066
E-mail: mleonard@davisandleonard.com
5
6 Attorneys for Plaintiff and Counter-Defendant
Salu, Inc.
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 SALU, INC., a Delaware corporation, | CASE NO. 2:08-CV-01035 FCD KJM |
| 12 Plaintiff, | STIPULATED ORDER TO RESCHEDULE PRETRIAL CONFERENCE |
| 13 v. | |
| 14 THE ORIGINAL SKIN STORE, an Arizona limited liability company. | |
| 15 | |
| 16 Defendant. | |
| 17 | |
| 18 THE ORIGINAL SKIN STORE, an Arizona limited liability company, | |
| 19 Counterclaimant, | |
| 20 v. | |
| 21 SALU, INC., a Delaware corporation, | |
| 22 Counter-Defendant. | |
| 23 | |

24      Pursuant to Local Rule 143, the parties to this action, through their counsel of
25 record, hereby stipulate to request approval from the court to reschedule the pretrial
26 conference currently scheduled for June 4, 2010 to **June 25, 2010, at 1:30 p.m**.. Good
27 cause exists for this request as the parties are actively engaged in settlement negotiations
28 and believe that the additional time to complete those negotiations may lead to a resolution

-1-

STIPULATED ORDER TO RESCHEDULE PRETRIAL CONFERENCE

1  of the case without incurring the time and expense of preparing a pretrial statement and
2  attending the pretrial conference.
3
4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
5
6  Dated: May 18, 2010                    DAVIS & LEONARD, LLP
7
                                        s/Mark R. Leonard
8                                                                   Mark R. Leonard
                                        Attorney for Plaintiff Salu, Inc.
9
10 Dated: May 18, 2010                    HAYES SOLOWAY PC
11
                                        s/ Stephen B. Mosier
12                                                                  Stephen B. Mosier
                                        Attorney for Defendant The Original Skin Store,
13                                                                  LLC
14
15
   IT IS SO ORDERED this 19th day of May, 2010.
16
17
18
19                                                           _____
20                                                           FRANK C. DAMRELL, JR.
                                                        UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

STIPULATED ORDER TO RESCHEDULE PRETRIAL CONFERENCE